IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 14-00282 ESL |
| JORGE LUIS FERNANDEZ MEDINA | * | CHAPTER 13 |
| DEBTOR | * | |

NOTICE OF FILING OF CHAPTER 13 PLAN
AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COMES NOW, **JORGE LUIS FERNANDEZ MEDINA,** debtor in the above captioned case, through the undersigned attorney and very respectfully states and prays as follows:

1. The debtor is hereby submitting the Chapter 13 Plan, dated March 19, 2014, herewith and attached to this motion.

2. The debtor's proposed Plan is hereby circulated to the Trustee, all creditors and parties in interest, as per the attached master address list, in the above captioned case.

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 19th day of March, 2014.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:

FERNANDEZ MEDINA, JORGE LUIS
_____
Debtor(s)

Case No. **3:14-bk-282**

Chapter **13**

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **3/19/2014**
☑ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **500.00** x **60** = $ **30,000.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **30,000.00**

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **30,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,861.00**

Signed: **/s/ JORGE LUIS FERNANDEZ MEDINA**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **FIRST BANK** Cr. **MUEBLERIA BERRIC** Cr. _____
# **X1514** # **X9590** # _____
$ **13,493.96** $ **853.47** $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other: _____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to Mueblerias Berrios thru the Trustee in the sum $20.00 per month for the next eight months or until confirmation. Debtor(s) to provide auto insurance upon maturity to First Bank thru Eastern America Insurance Company. Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to First Bank thru the Trustee in the sum $130.00 per month for the next eight months or until confirmation.

Late filed claims filed by creditors will receive no distribution. Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office** Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing          ORIENTAL BANK                          US Bankruptcy Court District of P.R.
0104-3                                   PO BOX 364745                          Jose V Toledo Fed Bldg & US Courthouse
Case 14-00282-ESL13                      SAN JUAN, PR 00936-4745                300 Recinto Sur Street, Room 109
District of Puerto Rico                                                         San Juan, PR 00901-1964
Old San Juan
Wed Mar 19 17:09:12 AST 2014

CLARO                                    EMP. BERRIOS FINANCIERA                Empresas Berrios Inc
PO BOX 70366                             PO BOX 674                             P.o. Box 674
SAN JUAN, PR 00936-8366                  CIDRA, PR 00739-0674                   Cidra, PR 00739-0674


FIRST BANK                               ISLAND FINANCE                         MONEY EXPRESS
CONSUMER SERVICE CENTER                  PO BOX 195369                          CONSUMER SERVICE CENTER
BANKRUPTCY DIVISION -(CODE 248)          SAN JUAN, PR 00919-5369                BANKRUPTCY DIVISION (CODE 248)
PO BOX 9146, SAN JUAN PR 00908-0146                                             PO BOX 9146
                                                                                SAN JUAN PR 00908-0146

MUEBLERIA BERRIOS                        JORGE LUIS FERNANDEZ MEDINA            JOSE RAMON CARRION MORALES
PO BOX 674                               PO BOX 047                             PO BOX 9023884
CIDRA, PR 00739-0674                     SAN LORENZO, PR 00754-0047             SAN JUAN, PR 00902-3884


MONSITA LECAROZ ARRIBAS                  ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)           PO BOX 186
OCHOA BUILDING                           CAGUAS, PR 00726-0186
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901
```

             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)ORIENTAL BANK                         End of Label Matrix
PO BOX 364745                            Mailable recipients    13
SAN JUAN, PR 00936-4745                  Bypassed recipients     1
                                         Total                  14
```