IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 14-00282-ESL |
| JORGE LUIS FERNANDEZ MEDINA | CHAPTER 13 |
| DEBTOR | |

**NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
AND CERTIFICATE OF SERVICE**

**TO THE HONORABLE COURT:**

**NOW COMES, JORGE LUIS FERNANDEZ MEDINA,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. Debtor is hereby submitting a proposed Amended Plan, dated October 29, 2014, herewith and attached to this motion.

2. This proposed Amended Plan is filed to amend the Payment Plan Schedule.

**WHEREFORE** debtor respectfully requests the confirmation of the requested amended Plan, dated October 29, 2014.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by united States Postal Service copy of this motion to the following non GM/ECF participants: debtor in the above captioned case, and to all creditors and parties in interest appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 29th day of October, 2014.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL. (787) 744-7699 FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                  Case No. **3:14-bk-282**

**FERNANDEZ MEDINA, JORGE LUIS**               Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____    ☑ AMENDED PLAN DATED: **10/29/2014**
☐ PRE ☐ POST-CONFIRMATION    Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **500.00** x **2** = $ **1,000.00**
$ **0.00** x **2** = $ **0.00**
$ **500.00** x **32** = $ **16,000.00**
$ **545.00** x **24** = $ **13,080.00**
$ _____ x _____ = $ _____

TOTAL: $ **30,080.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **30,080.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,861.00**

Signed: **/s/ JORGE LUIS FERNANDEZ MEDINA**
Debtor

Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **FIRST BANK**   Cr. **MUEBLERIA BERRIO** Cr. _____
# **Claim 4-1**   # **Claim 3-1**   # _____
$ **12,540.98**   $ **850.87**   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☐ Debtor otherwise maintains regular payments directly to:

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to Mueblerias Berrios thru the Trustee in the sum $20.00 per month for the next eight months or until confirmation. Debtor(s) to provide auto insurance upon maturity to First Bank thru Eastern America Insurance Company. Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to First Bank thru the Trustee in the sum $130.00 per month for the next eight months or until confirmation.

Late filed claims filed by creditors will receive no distribution. Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**       Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 14-00282-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Tue Oct 28 15:29:24 AST 2014 | FIRSTBANK PR<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | MONEY EXPRESS<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 |
| ORIENTAL BANK<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | CLARO<br>PO BOX 70366<br>SAN JUAN, PR 00936-8366 |
| EMP. BERRIOS FINANCIERA<br>PO BOX 674<br>CIDRA, PR 00739-0674 | Empresas Berrios Inc<br>P.o. Box 674<br>Cidra, PR 00739-0674 | FIRST BANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION -(CODE 248)<br>PO BOX 9146, SAN JUAN PR 00908-0146 |
| ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN, PR 00919-5369 | MONEY EXPRESS<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION (CODE 248)<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 | MUEBLERIA BERRIOS<br>PO BOX 674<br>CIDRA, PR 00739-0674 |
| JORGE LUIS FERNANDEZ MEDINA<br>PO BOX 047<br>SAN LORENZO, PR 00754-0047 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)ORIENTAL BANK
PO BOX 364745
SAN JUAN, PR 00936-4745

End of Label Matrix
Mailable recipients    15
Bypassed recipients     1
Total                  16