**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**JORGE LUIS FERNANDEZ MEDINA**<br>**aka JORGE L FERNANDEZ MEDINA**<br><br>**xxx–xx–9590**<br><br><br>Debtor(s) | Case No. **14–00282 ESL**<br><br>Chapter **13**<br><br><br>FILED & ENTERED ON 11/10/15 |

***ORDER***

Upon debtor's (s') reply (see docket entry #52), the motion to dismiss filed by Money Express (docket entry #50) is hereby denied.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, November 10, 2015 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge