IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE No.: 14-00282 (ESL) |
| **JORGE L. FERNANDEZ MEDINA** | CHAPTER 13 |
| Debtor | (X) Dismissal *for cause*, pursuant to 11 U.S.C. §1307(c)(1) and (6) |
| FIRSTBANK PUERTO RICO | |
| Movant | |

**MOTION TO DISMISS**

TO THE HONORABLE COURT:

Comes now movant **FIRSTBANK PUERTO RICO** through its undersigning attorney and very respectfully ALLEGES, STATES and PRAYS:

1. The case of reference was filed on January 18, 2014. The plan dated October 29, 2014 (docket no. 40) was confirmed on November 3, 2014 (docket no. 43).

2. Movant filed a secured proof of claim as holder of a duly registered personal security interest guaranteed with a vehicle under Debtor's name, identified as no. 4 at Claims' Register.

3. Debtor failed to comply with payments under the terms of the confirmed plan. According to the records made available by the Trustee, **as of September 6, 2016 owes trustee $1,000.00, equivalent to two (2) months**. (See *Attachment "A"*.) [Movant's analysis on payments has been included with this motion as *Attachment "B"*.] Said failure constitutes sufficient cause to request the dismissal of the instant case under section 1307(c) of the Bankruptcy Code.

4. Pursuant to the *Service Members Civil Relief Act*, the data of the Department of the Defense Manpower Data Center confirms that debtor is not a member of the Uniformed Services (U.S. Armed Forces, Navy, Marine Corps, Air Force, NOAA, Public Health or Coast Guard.) (See *Attachment "C"*.)

WHEREFORE, for the above stated reasons, Movant respectfully requests from this Honorable Court to enter an Order dismissing the instant case for cause pursuant to the dispositions of 11 U.S.C. §1307(c)(6), on the grounds of *material default by the debtor to the*

| Motion to dismiss | 2 |
|---|---|
| FIRSTBANK Puerto Rico | |

*terms of the confirmed plan* and 11 U.S.C. §1307(c)(1) for *unreasonable delay by the debtor that is prejudicial to creditors.*

## NOTICE

Within thirty (30) days after service as evidenced by the certification and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this motion has been served or any other party to the action who objects to the relief sought herein, shall file and serve an objection or other appropriate response to this motion with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, this motion will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law, (2) the requested relief is against public policy or (iii) in the opinion of the Court, the interest of justice requires otherwise. (Local Bankruptcy Rule 9013-1(c)(2)(F)).

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 19th day of September, 2016.

## CERTIFICATE OF SERVICE

I hereby certify that a copy was served by CM/ECF at the authorized address to: all creditors; José R. Carrión Morales, Esq., Chapter 13 Trustee; Roberto Figueroa Carrasquillo, Esq., debtor's attorney and to debtor by regular mail to the address of record: P.O. Box 047, San Lorenzo, P.R. 00754, as per the attached *List of Creditors*.

//s// Maricarmen Colón Díaz
**MARICARMEN COLON DIAZ**, Esq.
Attorney for Movant- USDC 211410
MARIA M. BENABE RIVERA- USDC 208906
P.O. Box 9146, Santurce, P.R. 00908-0146
Centro de Servicios al Consumidor (248)
1130 Muñoz Rivera Ave., San Juan, P.R.
Tel. (787) 729-8135 / Fax (787) 729-8276
maricarmen.colon@firstbankpr.com

Attachment "A"

| PRINT INQUIRY | | | Close Window | | | Click Here to Print this Page |
|---|---|---|---|---|---|---|
| 14-00282-ESL | JORGE LUIS FERNANDEZ MEDINA (xxx-xx-9590) | | PO BOX 047 • • SAN LORENZO • PR • 00754 | | $500.00 MO | Bar Date(s): 5/27/2014 (has passed) 7/17/2014 (has passed) |
| | | | | | | Confirmed: 11/3/2014 |
| | Trustee: José R. Carrión | | Attorney: ROBERTO FIGUEROA CARRASQUILLO* | | | Case Status: ACTIVE |

### Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 2/17/2014 | 2.00 | $500.00 | MONTHLY | JORGE LUIS FERNANDEZ MEDINA | 10/30/2014 | |
| 4/17/2014 | 2.00 | $0.00 | MONTHLY | JORGE LUIS FERNANDEZ MEDINA | 10/30/2014 | |
| 6/17/2014 | 32.00 | $500.00 | MONTHLY | JORGE LUIS FERNANDEZ MEDINA | 10/30/2014 | |
| 2/17/2017 | 24.00 | $545.00 | MONTHLY | JORGE LUIS FERNANDEZ MEDINA | 10/30/2014 | |
| 2/17/2019 | end of plan | $0.00 | MONTHLY | JORGE LUIS FERNANDEZ MEDINA | 10/30/2014 | |

### Forgive Information

| Date | Amount | Description |
|---|---|---|
| | | |

**Payments Expected for Step 1:**

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 2/17/2014 | 3/16/2014 | $500.00 | $500.00 |
| 2 | 3/17/2014 | 4/16/2014 | $500.00 | $1,000.00 |
| Total | | | | **$1,000.00** |

**Payments Expected for Step 2:**

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 4/17/2014 | 5/16/2014 | $0.00 | $0.00 |
| 2 | 5/17/2014 | 6/16/2014 | $0.00 | $0.00 |
| Total | | | | **$0.00** |

**Payments Expected for Step 3:**

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 6/17/2014 | 7/16/2014 | $500.00 | $500.00 |
| 2 | 7/17/2014 | 8/16/2014 | $500.00 | $1,000.00 |
| 3 | 8/17/2014 | 9/16/2014 | $500.00 | $1,500.00 |
| 4 | 9/17/2014 | 10/16/2014 | $500.00 | $2,000.00 |
| 5 | 10/17/2014 | 11/16/2014 | $500.00 | $2,500.00 |
| 6 | 11/17/2014 | 12/16/2014 | $500.00 | $3,000.00 |
| 7 | 12/17/2014 | 1/16/2015 | $500.00 | $3,500.00 |
| 8 | 1/17/2015 | 2/16/2015 | $500.00 | $4,000.00 |
| 9 | 2/17/2015 | 3/16/2015 | $500.00 | $4,500.00 |
| 10 | 3/17/2015 | 4/16/2015 | $500.00 | $5,000.00 |
| 11 | 4/17/2015 | 5/16/2015 | $500.00 | $5,500.00 |
| 12 | 5/17/2015 | 6/16/2015 | $500.00 | $6,000.00 |
| 13 | 6/17/2015 | 7/16/2015 | $500.00 | $6,500.00 |
| 14 | 7/17/2015 | 8/16/2015 | $500.00 | $7,000.00 |
| 15 | 8/17/2015 | 9/16/2015 | $500.00 | $7,500.00 |
| 16 | 9/17/2015 | 10/16/2015 | $500.00 | $8,000.00 |
| 17 | 10/17/2015 | 11/16/2015 | $500.00 | $8,500.00 |
| 18 | 11/17/2015 | 12/16/2015 | $500.00 | $9,000.00 |
| 19 | 12/17/2015 | 1/16/2016 | $500.00 | $9,500.00 |
| 20 | 1/17/2016 | 2/16/2016 | $500.00 | $10,000.00 |
| 21 | 2/17/2016 | 3/16/2016 | $500.00 | $10,500.00 |
| 22 | 3/17/2016 | 4/16/2016 | $500.00 | $11,000.00 |
| 23 | 4/17/2016 | 5/16/2016 | $500.00 | $11,500.00 |
| 24 | 5/17/2016 | 6/16/2016 | $500.00 | $12,000.00 |
| 25 | 6/17/2016 | 7/16/2016 | $500.00 | $12,500.00 |
| 26 | 7/17/2016 | 8/16/2016 | $500.00 | $13,000.00 |
| 27 | 8/17/2016 | 9/16/2016 | $500.00 | $13,500.00 |
| 28 | 9/17/2016 | 10/16/2016 | $500.00 | $14,000.00 |
| 29 | 10/17/2016 | 11/16/2016 | $500.00 | $14,500.00 |
| 30 | 11/17/2016 | 12/16/2016 | $500.00 | $15,000.00 |
| 31 | 12/17/2016 | 1/16/2017 | $500.00 | $15,500.00 |
| 32 | 1/17/2017 | 2/16/2017 | $500.00 | $16,000.00 |
| Total | | | | **$16,000.00** |

**Payments Expected for Step 4:**

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 2/17/2017 | 3/16/2017 | $545.00 | $545.00 |
| 2 | 3/17/2017 | 4/16/2017 | $545.00 | $1,090.00 |
| 3 | 4/17/2017 | 5/16/2017 | $545.00 | $1,635.00 |
| 4 | 5/17/2017 | 6/16/2017 | $545.00 | $2,180.00 |
| 5 | 6/17/2017 | 7/16/2017 | $545.00 | $2,725.00 |
| 6 | 7/17/2017 | 8/16/2017 | $545.00 | $3,270.00 |
| 7 | 8/17/2017 | 9/16/2017 | $545.00 | $3,815.00 |
| 8 | 9/17/2017 | 10/16/2017 | $545.00 | $4,360.00 |
| 9 | 10/17/2017 | 11/16/2017 | $545.00 | $4,905.00 |
| 10 | 11/17/2017 | 12/16/2017 | $545.00 | $5,450.00 |
| 11 | 12/17/2017 | 1/16/2018 | $545.00 | $5,995.00 |
| 12 | 1/17/2018 | 2/16/2018 | $545.00 | $6,540.00 |
| 13 | 2/17/2018 | 3/16/2018 | $545.00 | $7,085.00 |
| 14 | 3/17/2018 | 4/16/2018 | $545.00 | $7,630.00 |
| 15 | 4/17/2018 | 5/16/2018 | $545.00 | $8,175.00 |
| 16 | 5/17/2018 | 6/16/2018 | $545.00 | $8,720.00 |
| 17 | 6/17/2018 | 7/16/2018 | $545.00 | $9,265.00 |
| 18 | 7/17/2018 | 8/16/2018 | $545.00 | $9,810.00 |
| Total | | | | **$9,810.00** |

**Payments Expected for Step 5:**

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 2/17/2019 | 3/16/2019 | $0.00 | $0.00 |
| Total | | | | **$0.00** |

http://66.194.155.139/13netv3/PrintInquiry.aspx?progskip=~&prtc=1     9/6/2016

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 2/2014 | $500.00 | | | $500.00 |
| 2 | 3/2014 | $500.00 | $500.00 | | $500.00 |
| 3 | 4/2014 | $0.00 | $500.00 | | $0.00 |
| 4 | 5/2014 | $0.00 | | | $0.00 |
| 5 | 6/2014 | $500.00 | $500.00 | | $0.00 |
| 6 | 7/2014 | $500.00 | $500.00 | | $0.00 |
| 7 | 8/2014 | $500.00 | $500.00 | | $0.00 |
| 8 | 9/2014 | $500.00 | $500.00 | | $0.00 |
| 9 | 10/2014 | $500.00 | $500.00 | | $0.00 |
| 10 | 11/2014 | $500.00 | | | $500.00 |
| 11 | 12/2014 | $500.00 | $500.00 | | $500.00 |
| 12 | 1/2015 | $500.00 | $500.00 | | $500.00 |
| 13 | 2/2015 | $500.00 | $500.00 | | $500.00 |
| 14 | 3/2015 | $500.00 | $1,000.00 | | $0.00 |
| 15 | 4/2015 | $500.00 | | | $500.00 |
| 16 | 5/2015 | $500.00 | $500.00 | | $500.00 |
| 17 | 6/2015 | $500.00 | $500.00 | | $500.00 |
| 18 | 7/2015 | $500.00 | $500.00 | | $500.00 |
| 19 | 8/2015 | $500.00 | | | $1,000.00 |
| 20 | 9/2015 | $500.00 | $500.00 | | $1,000.00 |
| 21 | 10/2015 | $500.00 | $1,000.00 | | $500.00 |
| 22 | 11/2015 | $500.00 | $500.00 | | $500.00 |
| 23 | 12/2015 | $500.00 | $500.00 | | $500.00 |
| 24 | 1/2016 | $500.00 | $500.00 | | $500.00 |
| 25 | 2/2016 | $500.00 | $500.00 | | $500.00 |
| 26 | 3/2016 | $500.00 | $500.00 | | $500.00 |
| 27 | 4/2016 | $500.00 | | | $1,000.00 |
| 28 | 5/2016 | $500.00 | $500.00 | | $1,000.00 |
| 29 | 6/2016 | $500.00 | $1,000.00 | | $500.00 |
| 30 | 7/2016 | $500.00 | $500.00 | | $500.00 |
| 31 | 8/2016 | $500.00 | | | $1,000.00 |
| 32 | 9/2016 | | | | $1,000.00 |

Total Delinquent Amount: $1,000.00



Payments Expected vs Payments Received

http://66.194.155.139/13netv3/PrintInquiry.aspx?progskip=~&prtc=1    9/6/2016

Attachment "B"

# **FIRSTBANK**

*Analysis Sheet to Determine Arrears to Trustee*

| | | |
|---|---|---|
| **In Re** | : | Jorge L Fernández Medina |
| **Case Number** | : | 14-00282 |
| **Account Number** | : | 1514 (auto) |
| **Date of File** | : | 01/18/2014 |
| **Amount of Proof of Claim** | : | 12,540.98 |
| Plan | : | 500.00x2=1,000.00<br>0.00x2=0.00<br>500.00x32=16,000.00<br>545.00x24=13,080.00 |
| **Monthly Payment of** | : | 500.00 |
| **Pass term** | : | 31 |
| **Total paid in to plan** | : | 13,500.00 |
| **Should have pain in to plan** | : | 14,500.00 |
| **Amount in arrears** | : | 1,000.00 (2 arrears) |
| **Printed on** | : | 09/06/2016 |
| **Prepared by** | : | Sonia Santiago |

Department of Defense Manpower Data Center                                 Results as of: Sep-07-2016 10:51:55 AM
SCRA 3.0

Attachment "C"



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: FERNANDEZ MEDINA
First Name: JORGE
Middle Name: L.
Active Duty Status As Of: Sep-07-2016

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ý 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via this URL: https://kb.defense.gov/PublicQueries/publicQuestions/FaqsAnswers.jsp?Subject=Locating Service Members or Getting a Mailing Addresss. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ý 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: ECJDF0AA7364G00

```
Label Matrix for local noticing      FIRSTBANK PR                              MONEY EXPRESS
0104-3                                PO BOX  9146                             PO BOX 9146
Case 14-00282-ESL13                   SAN JUAN, PR 00908-0146                  SAN JUAN, PR 00908-0146
District of Puerto Rico
Old San Juan
Tue Sep  6 09:35:10 AST 2016

ORIENTAL BANK                         US Bankruptcy Court District of P.R.     CLARO
PO BOX 364745                         Jose V Toledo Fed Bldg & US Courthouse   PO BOX 70366
SAN JUAN, PR 00936-4745               300 Recinto Sur Street, Room 109         SAN JUAN, PR  00936-8366
                                      San Juan, PR 00901-1964


EASTERN AMERICA INS CO                EMP. BERRIOS FINANCIERA                  Empresas Berrios Inc
PO BOX 9023862                        PO BOX 674                               P.o. Box 674
SAN JUAN, PR 00902-3862               CIDRA, PR 00739-0674                     Cidra, PR 00739-0674



FIRST BANK                            ISLAND FINANCE                           MONEY EXPRESS
CONSUMER SERVICE CENTER               PO BOX 195369                            CONSUMER SERVICE CENTER
BANKRUPTCY DIVISION -(CODE 248)       SAN JUAN, PR  00919-5369                 BANKRUPTCY DIVISION (CODE 248)
PO BOX 9146, SAN JUAN PR 00908-0146                                            PO BOX 9146
                                                                               SAN JUAN PR 00908-0146

MUEBLERIA BERRIOS                     JORGE LUIS FERNANDEZ MEDINA              JOSE RAMON CARRION MORALES
PO BOX 674                            PO BOX 047                               PO BOX 9023884
CIDRA, PR  00739-0674                 SAN LORENZO, PR 00754-0047               SAN JUAN, PR 00902-3884



MONSITA LECAROZ ARRIBAS               ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)        PO BOX 186
OCHOA BUILDING                        CAGUAS, PR 00726-0186
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)ORIENTAL BANK                      End of Label Matrix
PO BOX 364745                         Mailable recipients    16
SAN JUAN, PR 00936-4745               Bypassed recipients     1
                                      Total                  17
```